# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GWENDOLYNN M. ENGLISH, | No. 4:18-CV-02408 |
| Plaintiff, | |
| v. | (Judge Brann) |
| NATIONAL DEBT RELIEF LLC, ALEX KLEYNER, and DANIEL TILIPMAN, | |
| Defendants. | |

## ORDER

**AND NOW**, this 14th day of January 2019, in light of the Notice of Voluntary Dismissal filed on January 12, 2019, ECF No. 6, **IT IS HEREBY ORDERED** that this action is dismissed without prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge